IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRONWORKERS, LOCAL UNION NO. 380, LOCAL UNION NO. 380 JOINT APPRENTICESHIP COMMITTEE, AND LOCAL UNION NO. 380 RETIREMENT AND SEVERENCE FUND, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 18 CV 2165 |
| v. | ) Judge: Bruce |
| KINKELAAR PRODUCTS & SERVICES, INC. and STEVEN KINKELAAR, | )<br>)<br>) |
| Defendants. | ) |

**NOTICE OF DISMISSAL**

To:   Mr. Steven Kinkelaar
      Registered Agent / President
      Kinkelaar Products & Services, Inc.
      13202 E 1925th Ave.
      Effingham, IL 62401

PLEASE TAKE NOTICE that pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), Plaintiff is hereby voluntarily dismissing this action without prejudice and filing a notice of dismissal prior to service by the adverse party of an Answer or of a Motion for Summary Judgment.

    /s/ Michael J. McGuire
Attorney for the Plaintiff

Michael J. McGuire
Gregorio ♦ Marco
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343
ARDC #6290180

STATE OF ILLINOIS)
                 ) SS
COUNTY OF COOK )

Sonya Bain, being first duly sworn on oath, deposes and says that she served the Notice of Dismissal by depositing in the U.S. mail at Two North LaSalle Street, Chicago, IL, a true and correct copy thereof in a sealed envelope addressed to the following person on the 26th day of June 2018:

>Mr. Steven Kinkelaar
>Registered Agent / President
>Kinkelaar Products & Services, Inc.
>13202 E 1925th Ave.
>Effingham, IL 62401

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.**

By: /s/ Sonya Bain
Sonya Bain